UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WORLDPOKERREWARDSCLUB.COM COMPANY, INC. and JOHN GEORGE, <br><br> Defendants. | 2:11-CV-01381-PMP-CWH <br><br> <u>ORDER</u> |

IT IS ORDERED that Plaintiff's Motion for an Ex Parte TRO and for a Preliminary Injunction (Doc. #2/#3) is hereby DENIED without prejudice, for failure to provide a verified complaint or supporting affidavit. <u>See</u> Fed. R. Civ. P. 65(b).

DATED: August 29, 2011

_____
PHILIP M. PRO
United States District Judge