UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WORLDPOKERREWARDSCLUB. COM COMPANY, INC., and JOHN GEORGE, <br><br> Defendants. | 2:11-CV-001381-PMP-CWH <br><br> **<u>ORDER</u>** |

On September 8, 2011, the Court entered an Order (Doc. #11) Vacating Hearing on Plaintiff's Motions' for Temporary Restraining and Preliminary Injunction (Doc.'s #8 & #9). The Court did so based upon representation that the parties had reached a settlement in this case.

**IT IS THEREFORE ORDERED that** Plaintiff's Renewed Motions' for an *Ex Parte TRO* and for a Preliminary Injunction (Doc.'s #8 & #9) are **DENIED** as moot.

**IT IS FURTHER ORDERED that** in view of the settlement reached by the parties, this case is hereby **DISMISSED**.

DATED: September 28, 2011.

_____
PHILIP M. PRO
United States District Judge